UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                            )
    TRUMP IRON WORKS INC.              )
                                                 )      CAUSE NO.  04-63462 jpk
    Debtors                                     )

## ORDER ON UNCLAIMED FUNDS

The Court having reviewed the Motion to Release Funds from Court Registry, by Creditor, Infra-Metals Co., f/n/a Preussage International Steel Corp., to its attorney-in-fact through its counsel and the Court finds that N.D. Ind. L.B.R. B-3011-1 had been compiled with by counsel. The Court finds that Creditor is entitled to the funds and that the right to payment of the funds has not been transferred or assigned to any other entity except by the company's name change. Further that no objection has been raised by the United States Attorney.

It is Ordered that Infra-Metals Co., f/n/a Preussage International Steel Corp., is hereby directed to contact the Financial Department of the United States Bankruptcy Court (574) 968-2226, in Order to submit the required tax identification number (IRS W9 form). Following receipt of the completed IRS W9 form, the Clerk of the United States Bankruptcy Court shall distribute the unclaimed funds deposited in the United States Treasury Fund #6047BK in the amount of $5,493.74 to Infra-Metals Co., c/o Dilks & Knopik, LLC Attorney Alan D. Naggatz.

Dated: JAN 16 2014

*J. Philip Klingeberger* JS 104
Judge, United States Bankruptcy Court

Distribution:
U.S. Trustee
Chapter 7 Trustee, Kenneth Manning
U.S. Attorney
Debtor's Attorney, D. Eric Neff
Alan D. Naggatz