# Notice Recipients

District/Off: 0755−2     User: mjc     Date Created: 1/31/2014
Case: 04−63462−jpk     Form ID: pdf004     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Alan D. Naggatz     naggatzlaw@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dbpos     Trump Iron Works, Inc. an Indiana Corporation     1201 E. Summit Street     Crown Point, IN 46307

TOTAL: 1